■ In the Matter of CPS 227 LLC, Respondent, v MARTIN BRODY, Also Known as MENDEL BRODY, et al., Respondents, and LITTLE CHERRY LLC, Appellant. [31 NYS3d 883]—

Appeal from order, Supreme Court, New York County (Eileen Bransten, J.), entered November 13, 2015, which granted the petition seeking a turnover of assets and an appointment of a receiver, unanimously dismissed, without costs.

Petitioner judgment creditor sought to satisfy a judgment entered in its favor against respondent judgment debtor by attaching the judgment debtor's membership interests in the respondent LLCs. After the order on appeal was issued, and after this Court affirmed the underlying judgment against the judgment debtor (*CPS 227 LLC v Brody*, 135 AD3d 607 [1st Dept 2016]), the judgment debtor paid the judgment in full. Ac-

cordingly, the issues raised on appeal are moot, since no property of the judgment debtor remains subject to execution. That the judgment debtor may eventually face collateral consequences of the order on appeal does not warrant an exception to the mootness doctrine, as he is a respondent on this appeal but has not submitted a brief. Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.